UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:12-CR-093 |
| | ) | |
| RAY ENGLISH | ) | |

**O R D E R**

The defendant's motion to continue [doc. 744] is **GRANTED** for the reasoning provided therein. The revocation hearing presently scheduled for April 4, 2019, is **RESET** to **Thursday, July 25, 2019, at 1:30 p.m.** in Greeneville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge